UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | | |
|---|---|---|
| OGLALA SIOUX TRIBE and ROSEBUD SIOUX TRIBE as *parens patriae*, to protect the rights of their tribal members, and ROCHELLE WALKING EAGLE, MADONNA PAPPAN, and LISA YOUNG, individually and on behalf of all other persons similarly situated, | ) ) ) ) ) ) ) ) | Case No.: 13-5020 |
| Plaintiffs, | ) ) ) | **MARK VARGO'S JOINDER IN JUDGE DAVIS' SUPPLEMENTAL REPLY BRIEF** |
| v. | ) ) | |
| LUANN VAN HUNNIK; MARK VARGO; HON. JEFF DAVIS; and KIM MALSAM-RYSDON, in their official capacities, | ) ) ) ) | |
| Defendants. | ) | |

    Defendant, Mark Vargo, through attorneys, J. Crisman Palmer and Sara Frankenstein of Gunderson, Palmer, Nelson & Ashmore, LLP, respectfully join in Defendant Judge Davis's Supplemental Reply Brief which was filed on January 14, 2014, in compliance with the Court's Order for Further Briefing dated December 12, 2013.

    Dated:  January 16, 2014.

                             GUNDERSON, PALMER, NELSON
                                 & ASHMORE, LLP

                             By:*/s/ J. Crisman Palmer*
                                J. Crisman Palmer
                                Sara Frankenstein
                                Attorneys for defendant, Mark Vargo
                                506 Sixth Street
                                P.O. Box 8045
                                Rapid City, SD  57709
                                Telephone: (605) 342-1078
                                Telefax:  (605) 342-0480
                                E-mail:  cpalmer@gpnalaw.com
                                               sfrankenstein@gpnalaw.com

## CERTIFICATE OF SERVICE

      I hereby certify on January 16, 2014, a true and correct copy of **MARK VARGO'S JOINDER IN JUDGE DAVIS' SUPPLEMENTAL REPLY BRIEF** was served electronically through the CM/ECF system upon the following individuals:

Dana L. Hanna
Hanna Law Office
P.O. Box 3080
Rapid City, SD  57709-3080
E-mail: dhanna@midconetwork.com
*Attorneys for plaintiffs*

Robert J. Doody
American Civil Liberties Union
401 East 8th Street, Suite 200P
Sioux Falls, SD 57108
E-mail: rdoody@aclu.org
*Attorneys for plaintiffs*

Stephen L. Pevar
American Civil Liberties Union
330 Main Street, First Floor
Hartford, CT 06106
E-mail: Pevaraclu@aol.com
*Attorneys for plaintiffs*

Rachel E. Goodman
American Civil Liberties Union
125 Broad Street, 18th Floor
New York, NY 10004-2400
E-mail: rgoodman@aclu.org
*Attorneys for plaintiffs*

Robert L. Morris
Morris Law Firm, Prof. LLP
P.O. Box 370
Belle Fourche, SD  57717-0370
E-mail: bobmorris@westriverlaw.com
*Attorneys for defendants, Luann Van Hunnik and Kim Malsam-Rysdon*

Nathan R. Oviatt
Goodsell Quinn, LLP
P.O. Box 9249
Rapid City, SD  57709-9249
E-mail: nate@goodsellquinn.com
*Attorneys for defendant, Honorable Jeff Davis*

Roxanne Giedd
Ann F. Mines
Attorney General's Office
1302 East Highway 14, Suite 1
Pierre, SD 57501-8501
E-mail: roxanne.giedd@state.sd.us
        ann.mines@state.sd.us
*Attorneys for defendant, Honorable Jeff Davis*

                                              By: /s/ J. Crisman Palmer
                                                   J. Crisman Palmer