FILED
JUL 11 2014
CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| OGLALA SIOUX TRIBE and ROSEBUD SIOUX TRIBE, as *parens patriae*, to protect the rights of their tribal members; and ROCHELLE WALKING EAGLE, MADONNA PAPPAN, and LISA YOUNG, individually and on behalf of all other persons similarly situated,<br><br>        Plaintiffs,<br><br>    vs.<br><br>LUANN VAN HUNNIK; MARK VARGO; HON. JEFF DAVIS; and KIM MALSAM-RYSDON, in their official capacities,<br><br>        Defendants. | CIV. 13-5020-JLV<br><br>ORDER GRANTING MOTION TO REMOVE PLAINTIFF |

On July 10, 2014, plaintiffs filed a motion requesting to remove Rochelle Walking Eagle as a named plaintiff in this action. (Docket 103). Plaintiffs report Rochelle Walking Eagle passed away on July 8, 2014, in Rapid City, South Dakota. Id. Good cause appearing, it is hereby

ORDERED that the motion (Docket 103) is granted. Rochelle Walking Eagle is removed as a plaintiff in this action.

Dated July 11, 2014.

BY THE COURT:

_____
JEFFREY L. VIKEN
CHIEF JUDGE