UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | | |
|---|---|---|
| OGLALA SIOUX TRIBE and<br>ROSEBUD SIOUX TRIBE, as<br>*parens patriae*, to protect the rights<br>of their tribal members; and<br>MADONNA PAPPAN; and<br>LISA YOUNG, individually and on<br>behalf of all other persons similarly<br>situated, | ) ) ) ) ) ) ) ) | CIV. 13-5020-JLV<br><br>ORDER GRANTING LEAVE<br>TO FILE A BRIEF AS<br>AMICUS CURIAE |
| Plaintiffs, | ) ) | |
| vs. | ) ) ) | |
| LUANN VAN HUNNIK;<br>MARK VARGO;<br>HON. JEFF DAVIS; and<br>LYNNE A. VALENTI, in their official<br>capacities, | ) ) ) ) ) ) | |
| Defendants. | ) | |

The United States moves the court for leave to file a brief as amicus curiae.  Good cause appearing, it is hereby

ORDERED that the motion (Docket 122) is granted.

Dated August 15, 2014.

BY THE COURT:

JEFFREY L. VIKEN
CHIEF JUDGE