UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| OGLALA SIOUX TRIBE and ROSEBUD SIOUX TRIBE, as *parens patriae*, to protect the rights of their tribal members; and MADONNA PAPPAN, and LISA YOUNG, individually and on behalf of all other persons similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>LUANN VAN HUNNIK; MARK VARGO; HON. JEFF DAVIS; and LYNNE A. VALENTI, in their official capacities,<br><br>Defendants. | CIV. 13-5020-JLV<br><br>ORDER GRANTING EXTENSION |

Pursuant to defendants LuAnn Van Hunnik's and Lynne A. Valenti's unopposed motion to extend the time to file their response to plaintiffs' first and second motions for partial summary judgment (Dockets 108 & 110) and good cause appearing, it is hereby

ORDERED that the motion (Docket 124) is granted and defendants shall file their response by **September 5, 2014**.

Dated August 26, 2014.

BY THE COURT:

JEFFREY L. VIKEN
CHIEF JUDGE