UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| OGLALA SIOUX TRIBE and ROSEBUD SIOUX TRIBE, as *parens patriae*, to protect the rights of their tribal members; MADONNA PAPPAN, and LISA YOUNG, individually and on behalf of all other persons similarly situated, <br><br>　　　　Plaintiffs, <br><br>　vs. <br><br>LUANN VAN HUNNIK; MARK VARGO; HON. JEFF DAVIS; and LYNNE A. VALENTI, in their official capacities, <br><br>　　　　Defendants. | CIV. 13-5020-JLV <br><br> ORDER GRANTING DEFENDANTS' MOTION TO EXCEED PAGE AND WORD LIMITATIONS |

　　　　Defendants move the court for permission to exceed the 25-page and 12,000-word limitation imposed by D.S.D. Civ. LR 7.1(B)(1) with respect to the briefs they will submit responding to "Plaintiffs' First Motion for Partial Summary Judgment Re: Violations of 25 U.S.C. § 1922" and "Plaintiffs' Second Motion for Partial Summary Judgment: Due Process Violations." (Docket 126). Defendants will submit one responsive brief to each motion. Id. Defendants assert that an increased page limitation is necessary "to adequately respond to the motions." Id. at 1. Plaintiffs do not object. Id. at 2. Good cause appearing, it is hereby

ORDERED that defendants' motion (Docket 126) is granted and defendants may file a brief not to exceed thirty (30) pages in response to plaintiffs' first motion for partial summary judgment re: violations of 25 U.S.C. § 1922 and a second brief not to exceed forty-five (45) pages in response to plaintiffs' second motion for partial summary judgment: due process violations.

Dated September 4, 2014.

BY THE COURT:

/s/ *Jeffrey L. Viken*
JEFFREY L. VIKEN
CHIEF JUDGE