UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| OGLALA SIOUX TRIBE and ROSEBUD SIOUX TRIBE, as *parens patriae*, to protect the rights of their tribal members; MADONNA PAPPAN, and LISA YOUNG, individually and on behalf of all other persons similarly situated,<br><br>   Plaintiffs,<br><br>vs.<br><br>LUANN VAN HUNNIK; MARK VARGO; HON. JEFF DAVIS; and LYNNE A. VALENTI, in their official capacities,<br><br>   Defendants. | CIV. 13-5020-JLV<br><br>ORDER GRANTING PLAINTIFFS' MOTION FOR EXTENSION OF TIME AND TO EXCEED PAGE AND WORD LIMITATIONS |

  Plaintiffs move the court for additional time to submit their briefs responding to "Defendants' Response [to] Plaintiffs' Motion for Summary Judgment Re: 25 U.S.C. § 1922" and "Defendants' Response to Plaintiffs' Motion for Summary Judgment Re: Due Process." (Docket 133); see also Dockets 128, 129.

  Plaintiffs also move the court for permission to exceed the 25-page and 12,000-word limitation imposed by D.S.D. Civ. LR 7.1(B)(1) with respect to their brief responding to defendants' response to plaintiffs' motion for summary judgment re: due process. (Docket 133). Defendants do not object. Id. at 2. Good cause appearing, it is hereby

ORDERED that plaintiffs' motion (Docket 133) is granted and plaintiffs shall file their briefs responding to defendants' response to plaintiffs' motion for summary judgment re: 25 U.S.C. § 1922 and defendants' response to plaintiffs' motion for summary judgment re: due process by **September 30, 2014**.

IT IS FURTHER ORDERED that plaintiffs may file a brief not to exceed thirty-five (35) pages in response to defendants' response to plaintiffs' motion for summary judgment re: due process.

Dated September 19, 2014.

BY THE COURT:

JEFFREY L. VIKEN
CHIEF JUDGE