UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| OGLALA SIOUX TRIBE and ROSEBUD SIOUX TRIBE, as *parens patriae*, to protect the rights of their tribal members; MADONNA PAPPAN, and LISA YOUNG, individually and on behalf of all other persons similarly situated,<br><br>          Plaintiffs,<br><br>vs.<br><br>LISA FLEMING and LAURIE GILL, in their official capacities,<br><br>          Defendants. | CIV. 13-5020-JLV<br><br>JUDGMENT |

Consistent with the court's order (Docket 384), it is

ORDERED, ADJUDGED AND DECREED that judgment is entered in favor of defendants Lisa Fleming and Laurie Gill and against plaintiffs.

Dated January 16, 2020.

                    BY THE COURT:

                    /s/ Jeffrey L. Viken
                    JEFFREY L. VIKEN
                    UNITED STATES DISTRICT JUDGE